AO 442 (Rev. 01/09) Arrest Warrant

8948979

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

DONOVAN BRAXTON, JR.

*Defendant*

)  Case: 1:23-cr-00428
)  Assigned to: Judge Howell, Beryl A.
)  Assign Date: 12/7/2023
)  Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DONOVAN BRAXTON, JR.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 12/07/2023

2023.12.07
16:40:12
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

HON. ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 19 Dec 2023, and the person was arrested on *(date)* 19 Dec 2023
at *(city and state)* New Carrollton, MD.

Date: 19 Dec 2023

*Arresting officer's signature*

JAMES R. PATRIZZATE /SA

*Printed name and title*