IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.   * | Case No. 23-cr-428-BAH |
| * | |
| DONOVAN BRAXTON, JR.   * | |
| * | |
| Defendant.   * | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS**

The Defendant, Donovan Braxton, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Motion to Suppress. In support of this Motion, counsel state as follows.

1. By prior Order of this Court, Mr. Braxton is due to file his motion to suppress on or before July 12, 2024. At this time, Mr. Braxton respectfully requests that the Court extend the deadline within which to file the suppression motion through July 16, 2024.

2. Throughout early July, the undersigned counsel were engaged in extensive preparations for a two-day motions hearing in *United States v. David Warren*, No. JKB-22-439 (D. Md.), a racketeering conspiracy case involving several murders and attempted murders over the span of many years. At the time the parties submitted the Joint Status Report proposing a briefing schedule in this case (ECF

No. 17), the hearing in *Warren* was scheduled for late June 2024. The hearing was ultimately postponed to July 10 and 11, 2024. The Government in that case intended to call no fewer than 9 witnesses at the hearing. There were many issues to be litigated at the hearing, including the legality of three warrantless arrests. Over the last week, the undersigned counsel devoted extensive resources to preparing for the hearing. Ultimately, on the morning of the first day of the hearing, the parties reached a plea agreement, and the court accepted that agreement. The undersigned counsel have made significant progress on the suppression motion in Mr. Braxton's case and would respectfully request a modest extension of the filing deadline in order to finalize the motion and supporting exhibits.

3. This Motion is unopposed. The undersigned counsel have conferred with Assistant United States Attorney Cameron Tepfer, who has indicated that the Government does not oppose the requested extension.

4. For these reasons, Mr. Braxton respectfully requests that this Honorable Court extend the deadline within which to file his motion to suppress through July 16, 2024.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor